# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

SALLY KIRKWOOD, Personal Representative of the ESTATE OF DONALD JOHN ANDERSON, Deceased

    Plaintiff,

v.

COUNTY OF KENT, a municipal corporation, and SHERIFF MICHELLE LAJOYE-YOUNG; UNDERSHERIFF CHARLES DEWITT; DEPUTY MICHAEL STACK; THE FAMILY OUTREACH CENTER; CHAYENNE SMITH; and other UNKNOWN DEPUTIES; JANE DOE; and JOHN DOE; Individually, and in their official / supervisory capacities, Jointly and Severally,

    Defendants.

Case No.: 1:24-cv-00141-PLM

Hon. Paul L. Maloney

---

Marcel S. Benavides (P69562)
THE MARCEL S. BENAVIDES LAW OFFICE PLLC
Attorney for Plaintiff
801 West Eleven Mile Rd. Ste. 130
Royal Oak, MI 48067
(248) 549-8555
benavideslaw@att.net

Matthew S. Kolodziejski (P71068)
LAW OFFICE OF MATTHEW S. KOLODZIEJSKI PLLC
Attorney for Plaintiff
200 E. Big Beaver Road
Troy, MI 48083
(313) 736-5060
msklawoffice1@gmail.com

Kyle P. Konwinski (P76257)
Jailah D. Emerson (P84550)
VARNUM LLP
Attorney for Defendants Kent County, Sheriff Michelle LaJoye-Young, Undersheriff Charles Dewitt, and Deputy Michael Stack
Bridgewater Place
P.O. Box 352
Grand Rapids, MI 496501
(616) 336-6000
kpkonwinski@varnumlaw.com
jdemerson@varnumlaw.com

## DEFENDANTS KENT COUNTY, SHERIFF MICHELLE LAJOYE-YOUNG, UNDERSHERIFF CHARLES DEWITT, AND DEPUTY MICHAEL STACK'S PARTIAL MOTION TO DISMISS

Defendants Kent County, Sheriff Michelle LaJoye-Young, Undersheriff Charles Dewitt, and Deputy Michael Stack, ("Defendants"), by and through their attorneys, Varnum LLP, move this Court pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss Plaintiff's Complaint in part for failure to state a claim. First, even though Counts I, II, and IV seek to impose "joint and several" liability, joint and several liability is not recoverable under 42 U.S.C. § 1983 or the state-law claim asserted by Plaintiff. Second, because the Fourteenth Amendment applies to pretrial detainees, like Donald Johnson, Plaintiff's Fourth and Eighth Amendment claims in Count I should be dismissed. Third, the official-capacity suit should be dismissed as to Deputy Stack and the individual-capacity suit against Kent County, Sheriff LaJoye-Young and Undersheriff Dewitt in Count II. Fourth, Kent County, Sheriff LaJoye-Young and Undersheriff Dewitt should be dismissed from Count I (deliberate indifference) because the Complaint does not allege personal involvement by those parties. Finally, due to Donald Anderson causing his own death via suicide, Plaintiff cannot establish proximate causation to maintain her state law gross negligence claim (Count IV).

In support of this motion, Defendants rely on and incorporate by reference the accompanying brief.

WHEREFORE Defendants Kent County, Sheriff Michelle LaJoye-Young, Undersheriff Charles Dewitt, and Deputy Michael Stack respectfully request that this Court enter an order dismissing Plaintiff's Complaint in part. The remaining claims against the Kent County Defendants would be as follows: Count I: an individual-capacity claim against Deputy Stack for "failure to provide medical care / deliberate indifference to serious medical needs," and Count II: an official-capacity claim against the Sheriff, the Undersheriff, and Kent County for a *Monell*/supervisory claim.

2

Case 1:24-cv-00141-PJG   ECF No. 14,  PageID.84   Filed 04/15/24   Page 3 of 3

                                  Respectfully submitted,

Dated:  April 15, 2024           By:    */s/ Kyle P. Konwinski*

                                               Kyle P. Konwinski (P76257)
                                               Jailah D. Emerson (P84550)
                                               Business Address & Telephone:
                                             Bridgewater Place
                                             P.O. Box 352
                                             Grand Rapids, MI 496501
                                             (616)336-6000
                                             kpkonwinski@varnumlaw.com
                                             jdemerson@varnumlaw.com

22722421.1

3