UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

SALLY KIRKWOOD, Personal Representative
of the ESTATE OF DONALD JOHN ANDERSON, Deceased

    PLAINTIFF
    -vs-

Case No. 24-cv-00141

Mag. Judge Phillip Green

COUNTY OF KENT, a municipal corporation, and
SHERIFF MICHELLE LAJOYE-YOUNG, in her official capacity,
UNDERSHERIFF CHARLES DEWITT, in his official capacity,
DEPUTY MICHAEL STACK, individually,
THE FAMILY OUTREACH CENTER,
CHEYENNE SMITH, individually,
and other UNKNOWN DEPUTIES,
JANE DOE; and JOHN DOE,

    DEFENDANTS.
_____

| | |
|---|---|
| MARCEL S. BENAVIDES (P69562)<br>THE MARCEL S. BENAVIDES LAW OFFICE PLLC<br>Attorney for PLAINTIFF<br>801 West Eleven Mile Rd. Ste. 130<br>Royal Oak, MI 48067<br>Tel: (248) 549-8555<br>benavideslaw@att.net | MATTHEW S. KOLODZIEJSKI (P71068)<br>LAW OFFICE OF MATTHEW S. KOLODZIEJSKI PLLC<br>Attorney for PLAINTIFF<br>200 E. Big Beaver Road<br>Troy, MI 48083<br>Tel: (313) 736-5060<br>Msklawoffice1@gmail.com |
| KYLE P. KONWINSKI (P76257)<br>JAILAH D. EMERSON (P84550)<br>VARNUM LLP<br>Attorney for Defendants Kent County, Sheriff Michelle LaJoye-Young, Undersheriff Charles Dewitt, and Deputy Michael Stack<br>333 Bridge Street NW, Ste.1700<br>Grand Rapids, MI 49504<br>Tel: (616) 336-6894<br>kpkonwinski@varnumlaw.com<br>jdemerson@varnumlaw.com | TIMOTHY J. JORDAN (P46098)<br>GARAN LUCOW MILLER PC<br>Attorney for Defendants Family Outreach Center and Cheyenne Smith<br>1155 Brewery Park Blvd., Ste. 200<br>Detroit, MI 48207<br>Tel: (313) 446-5531<br>tjordan@garanlucow.com |

_____/

1

# ORDER APPROVING WRONGFUL DEATH SETTLEMENT AND DISTRIBUTION OF WRONGFUL DEATH PROCEEDS

This matter having come before the Court by way of Plaintiff's *Motion to Approve Wrongful Death Settlement and Distribution of the Proceeds*, evidence having been presented and a hearing having been held, and this Court being otherwise duly advised in the premises:

**IT IS HEREBY ORDERED** that the wrongful death settlement in the amount to $60,000 is found to be fair, reasonable, and in the best interest of the Estate and wrongful death claimants and is hereby approved.

**IT IS FURTHER ORDERED** that Marcel S. Benavides Law Office PLLC's costs in the amount of $1,654 and one-third attorney fees in the amount of $19,448.67 are hereby approved and shall be paid from settlement proceeds.

**IT IS FURTHER ORDERED** that the Darren Findling Law firm be paid $3,750 for probate services and this shall be paid from settlement proceeds.

**IT IS FURTHER ORDERED** that MultiPlan, on behalf of AmeriHealth Caritas Medicaid, shall be paid $17,463.67 from settlement proceeds.

**IT IS FURTHER ORDERED** that the distribution of remaining wrongful death settlement proceeds shall be allocated to Sally Kirkwood, for her loss of society and companionship.  No other wrongful death claimant shall receive any share of proceeds.

**IT IS SO ORDERED.**

This is a final order and closes this case.


_____

Dated:                                                                                            District Court Judge